# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-2735

_____

JOHN ROBERTSON, individually
and derivatively on behalf of
CSX Corp.,

Appellant,

v.

DONNA M. ALVARADO, JOHN B.
BREAUX, PAMELA L. CARTER,
STEVEN T. HALVERSON, PAUL C.
HILAL, EDWARD J. KELLY, III,
JOHN D. MCPHERSON, DAVID M.
MOFFETT, DAVID M. RATCLIFFE,
DENNIS H. REILLEY, LINDA H.
RIEFLER, DONALD J. SHEPARD,
MICHAEL J. WARD, J. STEVEN
WHISLER, and JOHN J. ZILLMER,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

September 28, 2021


PER CURIAM.

AFFIRMED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

John A. Carlisle of The Liles Firm, P.A., Jacksonville; Samuel E. Bonderoff, pro hac vice of Zamansky LLC, New York, New York, for Appellant.

Henry M. Coxe, III, and Michael Lockamy of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., Jacksonville; Johnathon E. Schronce and Edward J. Fuhr, pro hac vice of Hunton Andrews Kurth LLP, Richmond, Virginia, for Appellees.